UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>JESUS ARMANDO LERMA-CASTILLO,  )<br>                                                              )<br>            Defendant.                         )<br>_____) | Case No. 08MJ1544<br><br>CERTIFICATE OF SERVICE |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101

Dated:  May 21, 2008                        /s/  Erick  L.  Guzman
                                                        ERICK L. GUZMAN
                                                        Federal Defenders
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        E-mail: erick_guzman@fd.org